ADAM PAUL LAXALT
Nevada Attorney General
ERIN L. ALBRIGHT
Deputy Attorney General
Nevada Bar No. 9953
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendant Brandon Stubbs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. BRESSELSMITH,<br><br>Plaintiff,<br><br>vs.<br><br>C/O STUBBS, JOHN DOE,<br><br>Defendants. | Case No.  3:16-cv-00102-RCJ-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Defendant Brandon Stubbs, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby upon a Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 6th day of March, 2017.        DATED this 8th day of March, 2017.

                                                                    ADAM PAUL LAXALT
                                                                    Attorney General

By: /s/ David M. Bresselsmith                          By: /s/ Erin L. Albright
David M. Bresselsmith                                        ERIN L. ALBRIGHT
*Plaintiff, Pro Se*                                              Deputy Attorney General
                                                                    Bureau of Litigation
                                                                    Public Safety Division
                                                                    *Attorneys for Defendant*

**APPROVED AND SO ORDERED:**

Dated: April 5, 2017.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th day of March, 2017, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the Following:

David Bresselsmith #89079
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General