UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID M. BRESSELSMITH, | ) | 3:16-cv-00102-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 3, 2017 |
| C/O STUBBS, JOHN DOE, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Compel Defendants to Execute and Fulfill Settlement Agreement Contract (ECF No. 25). Plaintiff states the case settled on March 8, 2017, in the amount of $50.00 but claims the money had not been deposited into his Trust 2 account as of April 7, 2017. In Defendant's response (ECF No. 26), Defendant states that Plaintiff understood it could take up to thirty (30) days from the Stipulation and Order of Dismissal was filed to receive the funds. Defendant represents the funds were deposited into Plaintiff's Trust 2 account on April 26, 2017. (ECF No. 26, Exh. B.)

The Stipulation for Dismissal was filed on March 15, 2017 (ECF No. 23), and the Order of Dismissal was filed on April 5, 2017 (ECF No. 24).

Inasmuch as it appears Defendant has complied with the terms of the parties' settlement agreement, Plaintiff's Motion to Compel Defendants to Execute and Fulfill Settlement Agreement Contract (ECF No. 25) is **DENIED** as moot.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By: /s/
Deputy Clerk